**Charles C. FLACKMAN v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth Kansas.**

No. 3844.

United States Court of Appeals
Tenth Circuit.

Feb. 24, 1949.

Harry W. Bowles and L. Berwyn Ullstrom, both of Denver, Colo., for appellant.

Lester Luther, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., and Lieutenant Colonel Nicholas R. Voorhis, Judge Advocate General's Office, of Washington, D. C., for appellee.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal, 75 F.Supp. 871, dismissed on motion of appellant.

**Gus SINGLETON, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Ga., Appellee.**

No. 12566.

United States Court of Appeals
Fifth Circuit.

April 20, 1949.

No appearance for appellant.

Col. Eugene M. Caffey, J.A.G.D., Hq. 3rd Army, and Lt. Col. H. M. Peyton, both of Fort McPherson, Ga., J. Ellis Mundy, U. S. Atty., and Harvey H. Tisinger, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

We have carefully examined each and every contention raised by petitioner in his application for the writ of habeas corpus and find them, without exception, wholly without support or foundation in the record and totally lacking in merit. It follows that the judgment of the district court discharging the writ and remanding petitioner into the custody of appellee should be, and the same is hereby affirmed.[1]

**George J. HECK v. Minor ALEXANDER.**
**Minor ALEXANDER v. George J. HECK.**

Nos. 3836, 3837.

United States Court of Appeals
Tenth Circuit.

Feb. 2, 1949.

H. A. Kiker and Charles C. Spann, both of Santa Fe, N. M., and John B. Wright, of Raton, N. M., for George J. Heck.

E. T. Brooks, of Abilene, Tex., for Minor Alexander.

Before PHILLIPS, Chief Judge, and SYMES, District Judge.

PER CURIAM.

Appeal and cross-appeal dismissed, pursuant to stipulation.

**Lawrence A. DAVIS, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Ga., Appellee.**

No. 12567.

United States Court of Appeals
Fifth Circuit.

April 20, 1949.

[1] Riddle v. Dyche, 262 U.S. 333, 336, 43 S.Ct. 555, 67 L.Ed. 1009; Telfian v. Sanford, 5 Cir., 161 F.2d 556; Reaves v. Ainsworth, 219 U.S. 296, 31 S.Ct. 230, 55 L.Ed. 225; Altmayer v. Sanford, 5 Cir., 148 F.2d 161; Strong v. Huff, 80 U.S.App.D.C. 89, 148 F.2d 692.